■ GERALD CAROLAN et al., Appellants, v NICHOLAS MANCUSO et al., Respondents.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on January 25, 1990, unanimously affirmed for the reasons stated by Leonard Cohen, J., without costs and without disbursements. Concur—Kupferman, J. P., Carro, Ellerin and Smith, JJ.

■ In the Matter of SOTITIOS STATHOPOULOS, Respondent, v CHARLES M. SMITH, JR., as Commissioner of the Department of Buildings of the City of New York, et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Herman Cahn, J.), entered on or about May 31, 1989, unanimously affirmed for the reasons stated by Herman Cahn, J., without costs and without disbursements. Concur—Kupferman, J. P., Ellerin, Wallach and Smith, JJ. [See, 141 Misc 2d 1023.]